**GHANDI DEETER LAW OFFICES**  *Electronically Filed August 13, 2014*
NEDDA GHANDI, ESQ.
Nevada Bar No. 11137
Email: nedda@ghandilaw.com
LAURA A. DEETER, ESQ.
Nevada Bar No. 10562
Email: laura@ghandilaw.com
707 South 10th Street
Las Vegas, Nevada  89101
Telephone: (702) 878-1115
Fax: (702) 447-9995
Attorneys for Appellee
R&S St. Rose Lenders, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY | ) Case No.: 2-14-CV-00939-JCM ) ) |
| Appellant(s) | ) ) Bankruptcy Case No. 11-14974-MKN |
| vs. | ) )   CHAPTER 11 |
| R&S ST. ROSE LENDERS, LLC, | ) ) |
| Appellee(s). | ) ) ) |

## APPELLEE'S SUPPLEMENTAL APPENDIX

Appellee R&S St. Rose Lenders, LLC, by and through its counsel, Ghandi Deeter Law Offices, hereby submits its supplemental appendix pursuant to Federal Rule of Bankruptcy Procedure 8009.

| Supp. App. Exh. | Bankruptcy Case No. | Date | Docket No. | Title |
|---|---|---|---|---|
| 1 | 11-14974 | 10/14/13 | 274 | Omnibus Reply to the Objections of Branch Banking and Trust Company and Commonwealth Land Title Insurance Company to the Debtor's First Amended Liquidating Plan Under Chapter 11 of the Bankruptcy Code (includes Exhibit A, Nevada Supreme Court Order Affirming the State Court Order, Exhibit B, Nevada Supreme Court Denial of petition for rehearing) |
| 2 | 13-1182 | 2/27/14 | 24 | Supplement to Motion to Dismiss Adversary Complaint with Certificate of Service (includes Exhibit A: Nevada Supreme Court order Denying En Banc Reconsideration) |
| 3 | 11-14973 | 4/11/14 | 325 | R&S St. Rose Lenders Request for Judicial Notice of Remittitur Issued by the Supreme Court of Nevada in Support of Continued Administration of Debtor's Chapter 11 Bankruptcy (including exhibits) |
| 4 | 11-14974 | 11/8/13 | 290 | Memorandum Decision on Confirmation of First Amended Liquidating Plan of Reorganization for R&S St. Rose, LLC Under Chapter 11 of Bankruptcy Code |
| 5 | 13-1182 | 6/3/14 | 32 | Order on Motion to Dismiss Adversary Proceeding |

Respectfully submitted this 13th day of August, 2014.

 /s/Nedda Ghandi_____
NEDDA GHANDI, ESQ.
Nevada Bar No. 11137
LAURA A. DEETER, ESQ.
Nevada Bar No. 10562
Ghandi Deeter Law Offices
707 South 10th Street
Las Vegas, Nevada  89101
Telephone: (702) 878-1115
Fax: (702) 447-9995
Attorneys for Appellee
R&S St. Rose Lenders, LLC